# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>        Plaintiff,<br><br>    v.<br><br>SUNNYSIDE SQUARE INVESTMENTS, INC., et al.,<br><br>        Defendants. | Case No. 1:16-cv-01004-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>OCTOBER 26, 2016 DEADLINE |

On September 26, 2016, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action. (ECF No. 8.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before October 26, 2016.

IT IS SO ORDERED.

Dated: **September 27, 2016**

UNITED STATES MAGISTRATE JUDGE

1