1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11

JOSE ACOSTA,

Case No.    1:16-cv-01004-LJO-SAB

12

Plaintiff,

**ORDER DISMISSING ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

13

vs.

14

SUNNYSIDE SQUARE INVESTMENTS, INC., et al.,

15

16

Defendants.

17

On October 6, 2016, Plaintiff filed a stipulation to dismiss this action with prejudice as the

18

parties have reached a settlement.  Based upon the stipulation of the parties, this action is dismissed

19

with prejudice in its entirety.  Each party shall bear its own fees and costs incurred in this action.

20

21

IT IS SO ORDERED.

22

Dated:  __October 18, 2016__          _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE

23

24

25

26

27

28